AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brown, Elizabeth E. | U.S. Bankruptcy Court for the District of Colorado | 05/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

721 19th Street
Denver
Colorado
80202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 - see Part VII & VIII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/11 | University of Colorado School of Law - teach adjunct class in bankruptcy law during Spring 2011 semester and Fall 2011 semester |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Colorado School of Law - Teaching | $18,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | psychotherapist private practice income - self employed |
| 2. 2011 | Trinity United Methodist Church, Denver, CO - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 01-27-2011 - 01-28-2011 | Denver, CO | Rocky Mountain conference | Parking Expenses, Meals |
| 2. | National Conference of Bankruptcy Judges | 10-11-2011 - 10-15-2011 | Tampa, Florida | Newsletter Committee Reporting at Annual Meeting | Transportation, Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

7. _____ _____ _____ _____ _____

8. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 Life Ins Policy (see VIII) | | None | L | T | | | | | |
| 2. 1st Bank of Republic Plaza N.A. Trust #1 Deposit Account | A | Int./Div. | J | T | | | | | |
| 3. 1st Bank of Republic Plaza N.A. Checking Account | A | Int./Div. | J | T | | | | | |
| 4. 1st Bank of Republic Plaza N.A. Savings Account | A | Int./Div. | J | T | | | | | |
| 5. Fundamental Investors in RBC Dain IRA | | None | K | T | | | | | |
| 6. General Electric Co. in RBC Dain IRA | | None | | | Sold | 08/25/11 | J | A | |
| 7. Growth Fund of Amer. in RBC Dain IRA | | None | K | T | Sold (part) | 08/25/11 | J | A | |
| 8. Investment Co. of Amer. in RBC Dain IRA | | None | K | T | | | | | |
| 9. Medtronic Inc in RBC Dain IRA | | None | | | Sold | 08/25/11 | J | A | |
| 10. Washington Mutual Inv in RBC Dain IRA | | None | K | T | Sold (part) | 08/25/11 | J | A | |
| 11. BP PLC in RBC Dain IRA | | None | | | Sold | 08/25/11 | J | A | |
| 12. New Perspective Fund in RBC Dain IRA | | None | K | T | Sold (part) | 08/25/11 | J | A | |
| 13. Gov't Nat'l Mtg. Assn in RBC Dain IRA | | None | J | T | | | | | |
| 14. Amer. Balanced in RBC Dain IRA | | None | K | T | | | | | |
| 15. Cash & Cash equivalents in RBC Dain IRA Acct | | None | J | T | | | | | |
| 16. Chevron Texaco Corp in RBC Dain IRA | | None | | | Sold | 08/25/11 | K | D | |
| 17. Exxon Mobil Corp in RBC Dain IRA | | None | | | Sold | 08/25/11 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iSharesDJSelect in RBC Dain IRA | | None | | | Sold | 08/25/11 | K | B | |
| 19. iShares TR in RBC Dain IRA Acct | | None | K | T | | | | | |
| 20. Cap World Grwth & Incm-! in RBC Dain IRA | | None | J | T | | | | | |
| 21. Scholars Choice College Savings Prgm - Age Based | | None | K | T | | | | | |
| 22. Int'l Growth & Income in RBC Acct. #2 | A | Dividend | J | T | | | | | |
| 23. Income Fund of Am in RBC Acct. #2 | A | Dividend | K | T | | | | | |
| 24. Cash & Cash equivalents in RBC Dain Acct #2 | | None | J | T | | | | | |
| 25. Ashton Growth Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 26. | | | | | Sold (part) | 09/29/11 | J | A | |
| 27. Artisan Value Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 28. | | | | | Sold (part) | 09/29/11 | J | A | |
| 29. Aston Sm Cap Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 30. | | | | | Sold (part) | 09/29/11 | J | A | |
| 31. Advisors Inner Circle Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 32. | | | | | Sold (part) | 09/29/11 | J | A | |
| 33. Dodge & Cox Income Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 34. | | | | | Sold (part) | 09/29/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Stock Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 36. | | | | | Sold (part) | 09/29/11 | J | A | |
| 37. Ivy Lg Cap Gwth Fd | | None | J | T | Buy | 08/26/11 | J | | |
| 38. | | | | | Sold (part) | 09/29/11 | J | A | |
| 39. Loomis Sayles Inv | | None | J | T | Buy | 08/26/11 | J | | |
| 40. | | | | | Sold (part) | 09/29/11 | J | A | |
| 41. Artisan Intl Value | | None | K | T | Buy | 08/26/11 | K | | |
| 42. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 43. Thornburg Intl Value Fd | | None | K | T | Buy | 08/26/11 | K | | |
| 44. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 45. Wells Fargo Advantage Fd | | None | J | T | Buy | 09/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Positions: Trust #1 is a _____ trust over which I am the trustee and a beneficiary. Trust holds only a life insurance policy. There are no longer any yearly additions to the trust as policy is now fully paid. Valuation of policy reflected in Section VII represents the cash surrender value of policy.

| Name of Person Reporting | Date of Report |
|---|---|
| Brown, Elizabeth E. | 05/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Brown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544